[No. 12978.   Department Two.   May 19, 1916.]

PETER MORRISON *et al.*, *Respondents*, v. H. J. GUNNING *et al.*,
*Appellants.*[1]

Appeal from a judgment of the superior court for Spokane county,
Huneke, J., entered February 18, 1915, upon findings in favor of the
plaintiffs, in an action of forcible entry and detainer, tried to the
court.   Affirmed.

*Skuse & Morrill*, for appellants.
*Voorhees & Canfield*, for respondents.

PER CURIAM.—The issues and questions presented in this case are
the same as in the case of *Ridpath v. Denee*, 85 Wash. 322, 148 Pac.
15; and for the reasons there stated, the judgment must be affirmed.

---

[No. 13306.   Department Two.   June 6, 1916.]

OLYMPIA LIGHT & POWER COMPANY, *Appellant*, v. THE CITY OF
OLYMPIA, *Respondent.*[1]

Appeal from a judgment of the superior court for Thurston coun-
ty, Mitchell, J., entered November 11, 1914, upon findings in favor of
the defendant, in an action on contract, tried to the court.   Affirmed.

*Troy & Sturdevant*, for appellant.
*George R. Bigelow*, for respondent.

BAUSMAN, J.—The defendant city sets off against an admitted bal-
ance due plaintiff for light an indebtedness of plaintiff upon a con-
tract concerning street paving.   An attempt at arbitration of the
latter amount was properly held defective by the lower court, which,
considering the matter on its merits, rendered judgment against the
plaintiff.   The facts are intricate and, to the profession or public, of
little use when discussed in detail, the dispute involving a contract
of no general moment and adapted only to a transitory situation.
As between the parties, the case is sufficiently discussed by the lower
court in a written opinion, which we deem ample and correct.   We
have examined the record with care and are satisfied to affirm the
judgment, and it is accordingly so ordered.

MORRIS, C. J., MOUNT, MAIN, and HOLCOMB, JJ., concur.

[1]Reported in 157 Pac. 1199.